145 So. 924

## Mayson SIMS, alias Semmes, v. STATE.
### 6 Div. 322.

Court of Appeals of Alabama.
Jan. 31, 1933.

SAMFORD, J.
Affirmed.

---

139 So. 923

## T. J. SKINNER v. STATE.
### 7 Div. 880.

Court of Appeals of Alabama.
Jan. 19, 1932.

SAMFORD, J.
Affirmed.

---

139 So. 923

## T. J. SKINNER v. STATE.
### 7 Div. 877.

Court of Appeals of Alabama.
Feb. 16, 1932.

BRICKEN. P. J.
Affirmed.

---

144 So. 926

## Albert SLATER v. STATE.
### 4 Div. 936.

Court of Appeals of Alabama.
Nov. 15, 1932.

Guy W. Winn, of Clayton, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, J.
Affirmed.